

21 AUG -3 AM 11: 35



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY STEVEN BLACKARD<br><br>Defendant. | CRIMINAL NO. A21CR 143 RP<br>INDICTMENT<br><br>[Ct. I Vio: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) Possess with Intent to Distribute Methamphetamine] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Possess with Intent to Distribute Methamphetamine
### [21 U.S.C. §§ 841(a)(1) & (b)(1)(C)]

On or about June 29, 2021 in the Western District of Texas and elsewhere, the Defendant,

**TIMOTHY STEVEN BLACKARD**

knowingly, intentionally and unlawfully Possess with Intent to Distribute a mixture and substance containing Methamphetamine, a controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL:

Original signed by the foreperson of the Grand Jury
_____
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
United States Attorney

By: _____
DOUGLAS W. GARDNER
Assistant United States Attorney

3