UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| v. § | |
| § | No.  A-21-CR-143(1)-RP |
| **TIMOTHY STEVEN BLACKARD** § | |
| § | |
| § | |

## ORDER

Before the Court is Assistant Federal Public Defender Jose I. Gonzlaez-Falla's Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel, Dkt. 30. The District Court referred this motion to the undersigned Magistrate Judge. Dkt. 31. Because the motion was filed under seal, the Court will not recite the reasons stated as the basis for the requested withdrawal. Having reviewed the request, though, the undersigned hereby determines that the motion should be granted.

IT IS THEREFORE ORDERED that the motion, Dkt. 30, is GRANTED. Mr. Gonzlaez-Falla is permitted to WITHDRAW as counsel for Defendant, and the Court hereby APPOINTS Novert A. Morales, 1007 E. 7th St., Austin, TX  78702, (512) 474-1499, nam@moraleslawoffice.com, to represent Defendant going forward. The Court FURTHER ORDERS that Mr. Gonzlaez-Falla meet with Mr. Morales at the earliest opportunity to give Mr. Morales a copy of the file and bring him up-to-date with regard to the representation of Defendant. Thereafter, Mr. Gonzlaez-Falla has no further responsibilities in this case.

SIGNED March 22, 2022.

                                                           DUSTIN M. HOWELL
                                                           UNITED STATES MAGISTRATGE JUDGE